IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02928-MSK

JENNIFER WEIN,

      Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY; and
RELIANCE STANDARD LIFE INSURANCE COMPANY,

      Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, an attorney appearing on behalf of one of the parties in this case is associated with the undersigned. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 6th day of December, 2010.

      **BY THE COURT:**

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge